IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

RICHARD HOFFMAN,          )
                              )      Civil Action
          Plaintiff    )      No. 16-cv-01581
                              )
v.                    )
                              )
CITY OF BETHLEHEM,     )
                              )
         Defendant    )

**FILED**

AUG 1 2 2016

LUCY V. CHIN, Interim Clerk
By _____ Dep. Clerk

O R D E R

NOW, this 12ᵗʰ day of August, 2016 upon consideration

of the following documents:

    (1)  Defendant City of Bethlehem's Motion to
         Dismiss Plaintiff's Amended Complaint
         Pursuant to Federal Rule of Civil Procedure
         12(b)(6), which motion was filed on May 4,
         2016, together with

        (A)  Defendant's Memorandum of Law in
            Support of Defendant's Motion for
            Dismissal Pursuant to Federal Rule of
            Civil Procedure 12(b)(6) ("Defendant's
            Memorandum"); and

            (1)  Exhibits A and C to
                Defendant's Memorandum;

    (2)  Plaintiff's Memorandum of Law in Opposition
         to Defendant's Motion to Dismiss the Amended
         Complaint, which memorandum was filed on
         May 18, 2016;

    (3)  Notice of Removal filed April 6, 2016; and

    (4)  Amended Complaint filed April 27, 2016;

and for the reasons expressed in the accompanying Opinion,

IT IS ORDERED that defendant's motion to dismiss is
denied.

IT IS FURTHER ORDERED that defendant shall have until
August 19, 2016 to answer plaintiff's Amended Complaint.

BY THE COURT:

James Knoll Gardner
United States District Judge